## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

                                Plaintiff,

    v.

JAY SCOTT KIRK LEE, GEOFFREY
ALLEN WALL, and BENJAMIN
THOMPSON KIRK,

                                Defendants.

Civil Action No. 21-CV-11997

PLEASE TAKE NOTICE of the appearance of James E. Smith as an attorney of record for and on behalf of Plaintiff Securities and Exchange Commission.  Attorney Smith has registered with this Court's cm-ecf system and is permitted to practice under Local Rule 83.5.3(c).  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

> James E. Smith (D.C. Bar No. 482985)
> Securities and Exchange Commission
> 100 F Street, NE
> Mail Stop 5971
> Washington, DC 20549
> Tel. (202) 551-5881
> Email: smithja@sec.gov

Dated:  December 09, 2021

/s/ James E. Smith

James E. Smith
Attorney for Plaintiff

Securities and Exchange Commission