UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>   v.<br><br>JAY SCOTT KIRK LEE, GEOFFREY ALLEN WALL, and BENJAMIN THOMPSON KIRK,<br><br>                             Defendants. | Civil Action No. 21-CV-11997 |

NOTICE OF SERVICE ATTEMPTS

Plaintiff Securities and Exchange Commission ("SEC") hereby informs the Court of its efforts to obtain service of process in the above-captioned matter.

1.  Following the filing of this case, the SEC, pursuant to Federal Rule of Civil Procedure 4(f) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial documents, filed an application with the Central Authority for Hague Service in British Columbia, Canada (the "Canadian Central Authority"). In these service requests, the SEC provided the Canadian Central Authority with the summons and complaint in this action. The SEC requested that the Canadian Central Authority attempt to serve Defendants at their last known addresses that the SEC obtained through its investigation.

2.  Upon receiving the SEC's request for service, the Canadian Central Authority attempted service on Defendants Jay Scott Kirk Lee ("Lee") and Geoffrey Allen Wall ("Wall"). The process servers engaged by the Canadian Central Authority were unable to locate Wall's last known address. The process servers located Lee's address and contacted the resident at this location. The resident claimed to be Lee's father, instructed the process servers that Lee did not

reside at this location, and refused to cooperate further.  The Canadian Central Authority's service efforts are attached as Exhibits 1 and 2.

     3.     To date, the process servers engaged by the Canadian Central Authority are continuing to attempt service on Defendant Benjamin Thompson Kirk ("Kirk").

     4.     The SEC continues to serve Lee and Wall and investigate their whereabouts.  The SEC will notify the Court of these efforts, as well as the efforts to serve Kirk, within 90 days of the date of this filing.

Dated:  March 01, 2022

Respectfully Submitted:

*/s/ James E. Smith*

James E. Smith
Attorney for Plaintiff

Securities and Exchange Commission