# Exhibit 1

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
    que la demande a été exécutée*

| – the (date) / le (date): | |
|---|---|
| – at (place, street, number):<br>à (localité, rue, numéro) : | |

| – in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ b) | in accordance with the following particular method*:<br>selon la forme particulière suivante* : |
| ☐ c) | by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☒ 2. that the document has not been served, by reason of the following facts*:
    que la demande n'a pas été exécutée, en raison des faits suivants*:

> ATTEMPTED SERVICE - UNABLE TO LOCATE THIS ADDRESS - DOES NOT EXIST

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| Documents returned:<br>Pièces renvoyées : | **Sheriff Service**<br>**FEB 14 2022**<br>**Victoria BC** |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| Done at / Fait à VICTORIA, BC<br>The / le 14 FEB/2022 | Signature and/or stamp<br>Signature et / ou cachet<br><br>*[signature]*<br><br>D/S RAVI NAIDOO |
|---|---|

# Exhibit 2

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
    - the (date)
    - *le (date)*
    - at (place, street, number)
    - *à (localité, rue numéro)*
    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:*
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

   (identity and description of person):
   *(identité et qualité de la personne)*

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

On February 3rd, 2022, at approximately 1055 hours I attended service address ▮▮▮▮▮▮▮▮▮▮ Vancouver, British Columbia, Canada and spoke to an elderly gentleman by the name George, who stated to be the father of Jay Scott Kirk. George stated that Jay Scott Kirk does not reside at the ▮▮▮▮▮▮▮▮▮▮ address. George did not want to cooperate with me and provide the whereabouts of Jay Scott Kirk LEE. I provided my business card to George to forward to Jay Scott Kirk but have not received any communication from either. The document package 22-024 is therefore being returned NOT served.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annex**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

*Delete if inappropriate.
**Rayer les mentions inutiles.**

Done at Vancouver, British Columbia, CANADA, on the 14-February-2022
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*



**BRITISH COLUMBIA
SHERIFF
SERVICE**

Vahid Abolhassani
Deputy Sheriff | PIN 2204
Integrated Warrant and Document Unit
99 – 800 Hornby Street
Vancouver, BC  V6Z 2C5
Ph: 604 786-0872
Fax: 604 660-7050

_____
Deputy Sheriff Vahid ABOLHASSANI #2204