UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAY SCOTT LEE, GEOFFREY ALLEN WALL, and BENJAMIN THOMPSON KIRK,<br><br>                    Defendants. | Civil Action No. 1:21-cv-11997 (AK) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Geoffrey Allen Wall in the above-captioned matter of *Securities and Exchange Commission v. Jay Scott Lee, et al.,* Civil Action No. 1:21-cv-11997-AK.

Dated: New York, New York
         May 27, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Lisa M. Lewis*
Lisa M. Lewis, Esq. (BBO No. 647337)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Tel: 212.653.8700
Fax: 212.653.8701
email: lmlewis@sheppardmullin.com

*Attorneys for Defendant Geoffrey Allen Wall*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all parties who have appeared as identified on the NEF (NEF) on May 27, 2022.

*/s/ Lisa M. Lewis*_____
Lisa M. Lewis, Esq. (BBO No. 647337)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Tel:  212.653.8700
Fax:  212.653.8701
email:  lmlewis@sheppardmullin.com