UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>　　　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**JAY SCOTT KIRK LEE, GEOFFREY ALLEN WALL, and BENJAMIN THOMPSON KIRK,**<br><br>　　　　　　　　　　**Defendants.** | **Civil Action No. 21-CV-11997** |

## NOTICE OF SERVICE CONTINUED ATTEMPTS

Plaintiff Securities and Exchange Commission ("SEC") hereby informs the Court of its continued efforts to obtain service of process in the above-captioned matter.

1.　Following the filing of this case, the SEC, pursuant to Federal Rule of Civil Procedure 4(f) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial documents, filed an application with the Central Authority for Hague Service in British Columbia, Canada (the "Canadian Central Authority"). In these service requests, the SEC provided the Canadian Central Authority with the summons and complaint in this action. The SEC requested that the Canadian Central Authority attempt to serve Defendants at their last known addresses that the SEC obtained through its investigation.

2.　Upon receiving the SEC's request for service, the Canadian Central Authority attempted service on Defendants Jay Scott Kirk Lee ("Lee") and Geoffrey Allen Wall ("Wall"). The process servers engaged by the Canadian Central Authority were unable to locate Wall's last known address. The process servers located Lee's address and contacted the resident at this location. The resident claimed to be Lee's father, instructed the process servers that Lee did not reside at this location, and refused to cooperate further.

3.      On April 11, 2022, the Canadian Central Authority informed the SEC that the Canadian Central Authority's process servers were unable to achieve service upon Defendant Benjamin Thompson Kirk ("Kirk"), despite multiple attempts.

4.      As part of its investigation, the SEC discovered additional addresses attributable to Wall.  On or about May 6, 2022, the SEC, via the assistance of the Canadian Central Authority, successfully served Wall in British Columbia, Canada.  Counsel for Wall and the SEC agreed to a waiver of service and Wall has until August 8, 2022, to respond to the Complaint. (Dkt. No. 6).

5.      Similar to Wall, the SEC's investigation has discovered additional addresses and locations for Lee and Kirk.  These addresses and locations are in jurisdictions outside of the United States.  The SEC is working with the authorities in these jurisdictions to achieve service on Lee and Kirk.

6.      The SEC has continued, in good faith, to investigate, find, and serve the Defendants in this matter.  As noted above, the SEC has successfully served Wall.  Given the SEC's good faith efforts to date and its continued efforts to obtain service, the SEC will notify the Court within 90 days of this Notice of its continued efforts to obtain service on Defendants Lee and Kirk.

7.      Counsel for Defendant Wall has no objection to this Notice.

Dated:  June 6, 2022                              Respectfully Submitted:


                                                  */s/ James E. Smith*
                                                  James E. Smith
                                                  Attorney for Plaintiff
                                                  Securities and Exchange Commission

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 6, 2022, I served, via ECF, the foregoing Plaintiff's Notice of Continued Service Attempts on the individuals and entities identified below:

Michael J. Gilbert
Sheppard Mullin
30 Rockefeller Plaza
New York, NY 10112-0015
212-896-0611
MGilbert@sheppardmullin.com

Attorney for Defendant Wall.

Date: June 6, 2022             */s/ James E. Smith*
                                                James E. Smith