UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>      Plaintiff,<br><br>vs.<br><br>**JAY SCOTT LEE, GEOFFREY ALLEN WALL, and BENJAMIN THOMPSON KIRK,**<br><br>      Defendants. | Civil Action No. 1:21-cv-11997 (AK) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Geoffrey Allen Wall in the above-captioned matter of *Securities and Exchange Commission v. Jay Scott Lee, et al.,* Civil Action No. 1:21-cv-11997-AK.

Dated: New York, New York
    July 22, 2022

                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        */s/ Michael J. Gilbert*
                        Michael J. Gilbert (admitted *pro hac vice*)
                        30 Rockefeller Plaza
                        New York, NY 10112
                        Telephone: (212) 653-8700
                        Fax: (212) 653-8701
                        mgilbert@sheppardmullin.com

                        *Attorneys for Defendant Geoffrey Allen Wall*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all parties who have appeared as identified on the NEF (NEF) on July 22, 2022.

*/s/ Michael J. Gilbert*
Michael J. Gilbert (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Fax: (212) 653-8701
mgilbert@sheppardmullin.com