UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAY SCOTT KIRK LEE, GEOFFREY ALLEN WALL, and BENJAMIN THOMPSON KIRK,<br><br>Defendants. | Case No. 1:21-cv-11997-AK<br><br>**ORAL ARGUMENT REQUESTED** |

## **DEFENDANT GEOFFREY ALLEN WALL'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE PLAINTIFF'S COMPLAINT**

Defendant Geoffrey Allen Wall ("Wall"), by and through his counsel, moves to dismiss with prejudice the Securities and Exchange Commission's (the "SEC's" or "Plaintiff's") Complaint in the above-captioned case pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, to strike the SEC's prayers for civil monetary penalties, disgorgement and injunctive relief against Wall pursuant to Federal Rule of Civil Procedure 12(f). The SEC's case is time-barred. With only insufficiently-pled and conclusory allegations that cannot meet the rigorous pleading standard of Federal Rule of Civil Procedure 9(b), the Complaint fails to allege with particularity that Wall committed any securities fraud within the five-year limitations period. Accordingly, the Complaint fails to state a claim against Wall for violations of Section 17(a)(1) and (3) of the Securities Act (Count I), Section 10(b) of the Exchange Act and Rules 10b-5(a) and (c) thereunder (Count II); and Section 5(a) and (c) of the Securities Act (Count III) and should be dismissed in its entirety. Moreover, because each remedy sought by the SEC is also time-barred, the SEC's prayers for relief should be dismissed or stricken.

Based on this Motion to Dismiss or, in the Alternative, to Strike the Plaintiff's Complaint (the "Motion"), the accompanying Memorandum of Law in support thereof, and any oral arguments of counsel to be made when this Motion is heard, Wall respectfully requests that this Court grant his motion to dismiss the Complaint with prejudice, or in the alternative, strike as improper any requested relief this Court concludes to be time-barred.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Wall respectfully requests that the Court schedule a hearing for oral argument on the Motion.

Dated: August 8, 2022

        Respectfully submitted,

        By: ___/s/ Michael J. Gilbert_____

        Michael J. Gilbert (NY Bar No. 2755429)
        Lisa Lewis (BBO No. 647337)
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
          A Limited Liability Partnership
          Including Professional Corporations
        30 Rockefeller Plaza
        New York, NY 10112
        Email: mgilbert@sheppardmullin.com

        Jennifer N. Le (Cal. Bar No. 307755)
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
          A Limited Liability Partnership
          Including Professional Corporations
        333 South Hope Street, 43rd Floor
        Los Angeles, California 90071-1422
        Email: jle@sheppardmullin.com

        *ATTORNEYS FOR DEFENDANT GEOFFREY ALLEN WALL*

-3-

## Rule 7.1(a)(2) CERTIFICATION

I hereby certify pursuant to Local Rule 7.1(a)(2) that I have conferred with counsel of record for the SEC in good faith in an effort to avoid court action on this Motion, but we were unable to resolve or narrow the issues raised in the Motion.

By: ___/s/ Michael J. Gilbert_____
Michael J. Gilbert

## CERTIFICATION OF SERVICE

I hereby certify pursuant to Local Rule 5.2(b) that a true copy of the above document was served upon the counsel of record for each party through the CM/ECF system on August 8, 2022.

By: ___/s/ Michael J. Gilbert_____
Michael J. Gilbert