UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br> v.<br><br>JAY SCOTT KIRK LEE, GEOFFREY ALLEN WALL, and BENJAMIN THOMPSON KIRK,<br><br>         Defendants. | Civil Action No. 21-CV-11997-JEK |

## JOINT MOTION TO STAY PRETRIAL DATES

Plaintiff Securities and Exchange Commission ("SEC"), and Defendant Geoffrey Allen Wall ("Wall") (collectively with the SEC, the "Settling Parties") by and through their respective counsel file this Joint Motion to stay all pretrial dates for 90 days. In support of this motion, the Parties jointly state as follows:

1. The SEC filed its Complaint on December 9, 2021. (ECF. No. 1).

2. On January 21, 2025, the Court granted the Settling Parties' joint motion to extend pretrial dates. Pursuant to that Order, fact discovery closes on August 29, 2025. (ECF. No. 58).

3. The Settling Parties have reached an agreement in principle that resolves this matter before trial. The SEC intends to file motions for default judgement as to the remaining defendants.

4. Before the Settling Parties can submit the settlements to this Court for approval, however, Commission staff must present the proposed settlement to the Commission for formal approval. While this process is on-going, the Parties respectfully submit that a stay of all proceedings would conserve the resources of this Court and the Settling Parties.

5.      The Settling Parties have met and conferred and agree that staying the instant case for 90 days will be in the best interest of the Settling Parties and permit more efficient case management, serve the interest of judicial economy, and conserve the resources of the Court and the Parties.  If the Settling Parties do not file settlements with the Court by the expiration of the initial 90 days, the parties will file a status report with the Court.

WHEREFORE, pursuant to Local Rules, the Settling Parties hereby jointly stipulate to stay pretrial proceedings for 90 days.

Dated: July 30, 2025

*James E. Smith*
James E. Smith
Securities and Exchange Commission
100 F Street NE
Washington, DC. 20549
202-551-5881
smithja@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

Michael Gilbert
Lisa Lewis
SHEPPARD, MULLIN, RICHTER
& HAMPTON, LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212-653-8700
mgilbert@sheppardmullin.com
lmlewis@sheppardmullin.com

Counsel for Defendant Geoffrey Allen Wall